AUSA

FILED
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8947

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Jorge PARTIDA<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about November 24, 2007 within the Southern District of California, defendant Jorge PARTIDA, did knowingly and intentionally import approximately 35.60 kilograms (78.32 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Stewart Harvey
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge PARTIDA

STATEMENT OF PROBABLE CAUSE

I, Special Agent Stewart Harvey, declare under penalty of perjury, the following is true and correct:

On November 24, 2007, at approximately 0445 hours, Jorge PARTIDA entered the United States through the Calexico, CA West POE. PARTIDA was the driver and sole occupant of a 1996 Dodge Ram 1500 bearing California license plate 7D66549.

Primary Customs and Border Protection Officer (CBPO) Tarin received a negative Customs declaration from PARTIDA. When asked who the vehicle belonged to, PARTIDA stated he has owned the vehicle for two months. CBPO Tarin then noticed the vehicle had only a few crossings and the crossing history was irregular. During the inspection of the vehicle, CBPO Tarin noticed a depth discrepancy on the bed area of the vehicle. CBPO Tarin then received a second negative Customs declaration from PARTIDA. CBPO Tarin then referred PARTIDA and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Rondan received a negative Customs declaration from PARTIDA. CBPO Rondan then requested Canine Enforcement Officer (CEO) Jones to utilize his Narcotic Detector Dog (NDD) "Bedo", which resulted in a positive alert to the bed area of the vehicle. PARTIDA was subsequently placed under arrest and escorted to the vehicle secondary office.

Upon further inspection of the vehicle, CBPO Tarin discovered twenty-nine (29) packages containing a green leafy substance, which field-tested positive for marijuana. A total of 35.60 kilograms (78.32 pounds) of marijuana were concealed in a non-factory compartment located in the bed area of the vehicle.

PARTIDA was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. PARTIDA was then transported to the Imperial County Jail for processing.

Executed on 11/24/07 @ 1230 hours.

Stewart Harvey, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 11/24/07 in violation of 21 U.S.C. §§ 952 & 960.

United States Magistrate Judge

11/24/07 1:25pm
Date/Time