FILED

07 DEC 19 PM 3:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3412 JM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JORGE PARTIDA, Defendant. | ) | Criminal Case No. ________ |
| | ) | I N D I C T M E N T |
| | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about November 24, 2007, within the Southern District of California, defendant JORGE PARTIDA did knowingly and intentionally import approximately 35.60 kilograms (approximately 78.32 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

DDL:fer:Imperial
12/13/07

Count 2

On or about November 24, 2007, within the Southern District of California, defendant JORGE PARTIDA did knowingly and intentionally possess, with intent to distribute, approximately 35.60 kilograms (approximately 78.32 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 19, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DOUGLAS KEEHN
Assistant U.S. Attorney