UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3412-JM |
| Plaintiff, | **ORDER RE EXTRAORDINARY FEES** |
| v. | |
| JORGE PARTIDA, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $1650.00, representing an additional thirty(30) hours of investigative work, are approved at this time with regard to the investigation and defense of the above-entitled matter.

DATED: May 14, 2008

Hon. Jeffrey T. Miller
United States District Judge