BERNARD G. SKOMAL
Attorney At Law
State Bar No. 116239
1010 Second Ave., Ste. 1850
San Diego, CA. 92101
(619)230-6500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JORGE PARTIDA,<br><br>Defendant. | Case No.07cr3412-JM<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

The undersigned hereby files the acknowledgment of next court date in support of the Joint Motion to Continue.

Dated: August 6, 2008

/s/ Bernard G. Skomal
Bernard G. Skomal Attorney for Defendant

CERTIFICATE OF PROCESS

I hereby certify that on August 6, 2008 I electronically filed defendant's acknowledgment of next court date with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: August 6, 2008

Respectfully submitted,
/s/ Bernard G. Skomal
Bernard G. Skomal
Attorney for Defendant