BERNARD G. SKOMAL
Attorney At Law
State Bar No. 116239
1010 2nd Ave., Ste. 1850
San Diego, CA 92101
(619)230-6500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>JORGE PARTIDA, )<br>)<br>Defendant. )<br>) | Case No. 07cr3412-JM<br><br>**Acknowledgment of Next Court Date** |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

I, Jorge Partica, the defendant in the above entitled case, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is: Oct. 31, 2008 at 1:30 p.m.

I declare that the foregoing is true and correct.

Dated: 8/04/08

[signature]
Jorge Partida
Defendant